Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. CV 08-0483 LJO-DLB |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER |
| vs. | |
| Maria Flores, et al. | |
| Defendants. | |

Plaintiff J & Sorts Productions, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Wednesday, September 3, 2008 at 8:30 a.m. to a new date approximately thirty (30) to forty-five (45) days forward. This request is necessitated by the fact that Plaintiff has not perfected service of process as to the Defendants named to this action.

As a result, Plaintiff's counsel has not conferred with the Defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 08-0483 LJO-DLB
PAGE 1**

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Wednesday, September 3, 2008 to a new date approximately thirty (30) to forty-five (45) days forward in order that responsive pleadings may be filed by the remaining Defendants and Plaintiff's counsel may thereafter confer with the Defendants and/or their counsel and thereafter prepare and file a Joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: August 27, 2008                    _/s/ Thomas P. Riley_
                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                          By: Thomas P. Riley
                                          Attorneys for Plaintiff
                                          J & J Sports Productions, Inc

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S _EX PARTE_ APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. CV 08-0483 LJO-DLB
PAGE 2**

# ORDER

It is hereby ordered that the Case Management Conference in civil action number CV 08-0483 LJO-DLB styled *J & J Sports Productions, Inc. v. Maria Flores, et al.*, is hereby continued from 8:30 a.m., Wednesday, September 3, 2008, to  8:30 a.m., Thursday, October 9, 2008.

The Parties shall file a Joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

/s/ Lawrence J. O'Neill
_____          Dated:  August 28, 2008
**THE HONORABLE LAWRENCE J. O'NEILL**
**United States District Court**
**Eastern District of California**