Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br>Plaintiff,<br><br>vs.<br><br>Maria Flores, et al.,<br><br>Defendants. | CASE NO. 1:08-cv-00483-LJO-DLB <br><br>ORDER |

## ORDER (Proposed)

It is hereby ordered that the Scheduling Conference in civil action number 1:08-cv-00483-LJO-DLB styled *J & J Productions, Inc. v. Maria Flores, et al.*, is hereby continued from 9:15 a.m., Monday January 26, 2009, to March 25, 2009 at 9:00 AM.

The Parties shall file a Scheduling Conference Statement in advance of the Scheduling Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

///

///

**IT IS SO ORDERED**:

ORDER (Proposed)
CASE NO. 1:08-CV-00483-LJO-DLB
PAGE 1

1
2
3
4    /s/ *Dennis L. Beck*                Dated: 27 January 2009
5    **THE HONORABLE DENNIS L. BECK**
     **United States District Court**
6    **Eastern District of California**

7    ///
8    ///
9    ///
10   ///
11   ///
12   ///
13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

**PROOF OF SERVICE (SERVICE BY MAIL)**

**ORDER (Proposed)**
**CASE NO. 1:08-CV-00483-LJO-DLB**
**PAGE 2**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 26, 2009, I served:

**ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Maria Flores a/k/a Maria Dolores Flores (Defendant)
825 Woodward Avenue
El Centro, CA 92243

Marcos Antonio Molina a/k/a Marcos A. Molina (Defendant)
825 Woodward Avenue
El Centro, CA 92243

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 26, 2009, at South Pasadena, California.

Dated: January 26, 2009               */s/ Sarah Chesshir*
                                      **SARAH CHESSHIR**

**ORDER (Proposed)**
**CASE NO. 1:08-CV-00483-LJO-DLB**
**PAGE 3**